UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK
------------------------------------------------------------- x
KEVIN McCABE, individually and on behalf of     :
all others similarly situated,                                    :
                                                                            :
                                        Plaintiff,               :
                                                                            :    No. 17-cv-908-ERK-SLT
            - against -                                             :
                                                                            :    **RULE 7.1 STATEMENT**
LIFETIME ENTERTAINMENT SERVICES,       :
LLC,                                                                    :
                                                                            :
                                        Defendant.          :
------------------------------------------------------------- x

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that defendant Lifetime Entertainment Services, LLC is a wholly owned subsidiary of A&E Television Networks, LLC ("AETN").  AETN is a limited liability company with interests held by five entities, three of which own more than 10% of AETN: (1) Hearst Communications, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded; (2) Hearst Holdings, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded; and (3) Disney/ABC International Television, Inc., whose ultimate parent company is The Walt Disney Company, which is publicly traded.  AETN does not own 10% or more of the outstanding shares of any publicly-owned company.

Dated: New York, New York
       April 7, 2017

                                                DAVIS WRIGHT TREMAINE LLP

                                                By:     /s/Sharon L. Schneier

                                                1251 Avenue of the Americas, 21st floor
                                                New York, New York 10020
                                                Tel: (212) 489-8230
                                                Fax: (212) 489-8340
                                                sharonschneier@dwt.com

                                                *Attorneys for Defendant Lifetime Entertainment Services, LLC*