

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Sharon L. Schneier**
212-603-6448 tel
212-489-8340 fax

sharonschneier@dwt.com

May 30, 2017

**Via U.S. Mail and Email**

Todd C. Bank, Esq.
Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
TBLaw101@aol.com

Re:   *McCabe v. Lifetime Entertainment Services, LLC – No. 17-cv-908 (ERK) (E.D.N.Y.)*

Dear Todd:

    This firm represents Defendant Lifetime Entertainment Services, LLC in the above-referenced case. Enclosed please find Lifetime's Motion to Dismiss the Complaint in this action, and supporting papers (the "Motion Papers"). Specifically, enclosed are:

- Notice of Motion

- Declaration of Sharon L. Schneier and accompanying Exhibits 1-11

- Memorandum of Law in Support of Motion

    Pursuant to the Court's Individual Motion Practices, the Motion Papers are being served on you via U.S. Mail and email, and are not being filed on the docket via CM/ECF. All papers in connection with this motion will be served and filed through CM/ECF when the motion is fully briefed.

    Please contact me to confer about the briefing schedule for the motion to dismiss, or any other aspect of this matter.

Very truly yours,

Sharon L. Schneier

Enclosures

cc: Hon. Edward R. Korman (without enclosures) (via CM/ECF)

NG-S40TG52V 4833-3762-4393v.1 0052023-000071

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com