UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN McCABE, Individually and on Behalf of All Others Similarly Situated,<br><br>                          *Plaintiff*,<br><br>-against-<br><br>LIFETIME ENTERTAINMENT SERVICES, LLC,<br><br>                          *Defendant*. | 1:17-cv-00908-ERK-ST |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Todd C. Bank, dated July 28, 2017, and the exhibit annexed thereto, the accompanying Memorandum of Law, and the pleadings herein, Plaintiff, Kevin McCabe ("McCabe"), hereby moves the Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, for an order imposing sanctions against counsel to Defendant, Lifetime Entertainment Services, LLC ("Lifetime"), pursuant to Rule 11 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1927.

Dated: July 28, 2017

                                                                                                          s/ *Todd C. Bank*
                                                                                TODD C. BANK,
                                                                                  ATTORNEY AT LAW, P.C.
                                                                                  119-40 Union Turnpike
                                                                                  Fourth Floor
                                                                                  Kew Gardens, New York  11415
                                                                                  (718) 520-7125
                                                                                  By: Todd C. Bank

                                                                                  *Counsel to Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2017, a true and accurate copy of the foregoing was served electronically and by the overnight delivery service of Federal Express on the following:

Sharon L. Schneier (sharonschneier@dwt.com)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway 27th floor
New York, New York 10019
(212) 489-8230

Dated: August 21, 2017

                                                                                                **s/ *Todd C. Bank***
                                                                                                Todd C. Bank