UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KEVIN MCCABE,

                Plaintiff,                     JUDGMENT
                                                17-CV-908(ERK)(SJB)

    - against –

LIFETIME ENTERTAINMENT SERVICES, LLC,

                Defendant.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on March 26, 2018, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated January 4, 2018, granting Defendant's motion to dismiss and motion for sanctions; and denying Plaintiff's cross-motion for sanctions; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss and motion for sanctions are granted; and that Plaintiff's cross-motion for sanctions is denied.

Dated: Brooklyn, NY                                         Douglas C. Palmer
       March 27, 2018                                         Clerk of Court

                                                                  By:   */s/Jalitza Poveda*
                                                                               Deputy Clerk