UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN McCABE, Individually and on Behalf of All Others Similarly Situated,<br><br>        *Plaintiff*,<br><br>   -against-<br><br>LIFETIME ENTERTAINMENT SERVICES, LLC,<br><br>        *Defendant*.<br><br>re: Application by Todd C. Bank | 1:17-cv-00908-ERK-SJB |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Todd C. Bank, dated July 28, 2017, and the pleadings herein, counsel to Plaintiff, Kevin McCabe, Todd C. Bank, hereby moves the Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, for an order staying the payment of: (i) Defendant's costs in bringing its motion to dismiss the Complaint and (ii) sanctions.

Dated: April 5, 2018

                                  s/ *Todd C. Bank*
                             TODD C. BANK,
                              ATTORNEY AT LAW, P.C.
                             119-40 Union Turnpike
                             Fourth Floor
                             Kew Gardens, New York  11415
                             (718) 520-7125
                             By: Todd C. Bank

                             *Counsel to Plaintiff*

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 5, 2018, a true and accurate copy of the foregoing document is being filed electronically via the Court's electronic-filing (ECF) system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and copies will be mailed to those parties, if any, who are not served via the Court's ECF system.

Dated: April 5, 2018

                                                            s/ *Todd C. Bank*
                                                            Todd C. Bank